# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates To All Cases Listed on Exhibit A | No. 3:16-md-02738-MAS-RLS <br><br> **ORDER TO DISMISS THE CASES LISTED ON EXHIBIT A SUBJECT TO THE NON-OVARIAN GYNECOLOGIC CANCER DIAGNOSIS ORDER TO SHOW CAUSE** |

**THIS MATTER** having been brought before the Court by both the Plaintiffs' Steering Committee ("PSC") and Defendants for entry of an Order to Show Cause to address the cases filed in this MDL based on a non-ovarian gynecologic cancer diagnosis; and the Court having entered the Order to Show Cause on October 16, 2025 [ECF No. 43159], directing Plaintiffs listed on **Exhibit A** to show cause as to why their case involving a non-ovarian gynecologic cancer diagnosis should not be dismissed with prejudice; and the Court having considered the parties' submissions, if any; and for good cause shown;

**IT IS** on this _5th_ day of January 2026, **ORDERED** that:

The cases listed on **Exhibit A** are hereby dismissed with prejudice for Plaintiffs' failure to show good cause why their cases should not be dismissed, as required by the Order to Show Cause entered on October 16, 2025 [ECF No. 43159] regarding non-ovarian gynecologic cancer diagnosis claims; and it is

**FURTHER ORDERED** that the dismissal shall have no effect on the Plaintiff's right to file a claim in the future should the Plaintiff be diagnosed with epithelial ovarian cancer (i.e., diagnosis of ovarian cancer, fallopian tube cancer, or primary peritoneal cancer); and it is

**FURTHER ORDERED** that, should any Plaintiff listed on **Exhibit A** elect to refile their action at a later date, such case shall be refiled in the above-captioned multidistrict litigation, *In Re: Johnson & Johnson Talcum Powder Products Marketing, Sales Practices, And Products Liability Litigation*, Master Docket No. 3:16-md-2738, to the extent the MDL remains open and is an appropriate venue for such refiling.

_____
Michael A. Shipp, U.S.D.J.

# Exhibit A

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 1. | MARIANNE MILLER | Andrews & Thornton | 3:25-cv-07415 |
| 2. | SUSAN DOCKING | Andrews & Thornton | 3:25-cv-08928 |
| 3. | DIANE STEINMAN | Andrews & Thornton | 3:25-cv-08754 |
| 4. | KENNETH CANTER | Andrews & Thornton | 3:25-cv-08978 |
| 5. | CINDY ELMORE | Andrews & Thornton | 3:25-cv-08678 |
| 6. | JONATHAN FEAZELL | Andrews & Thornton | 3:25-cv-09039 |
| 7. | TEREZA PEREZ | Andrews & Thornton | 3:25-cv-09403 |
| 8. | ALICE QUILLIN | Andrews & Thornton | 3:25-cv-08363 |
| 9. | SUSAN ANGER | Andrews & Thornton | 3:25-cv-08363 |
| 10. | PHYLLIS DONOHUE | Andrews & Thornton | 3:25-cv-08982 |
| 11. | MARIA MONTEALEGRE | Andrews & Thornton | 3:25-cv-09067 |
| 12. | MARIA PELAYO SANCHEZ | Andrews & Thornton | 3:25-cv-09664 |
| 13. | CATHY JAMES | Andrews & Thornton | 3:25-cv-09216 |
| 14. | TANNA SCHWARTZ | Andrews & Thornton | 3:25-cv-09373 |
| 15. | DAWN HUNTER | Andrews & Thornton | 3:25-cv-09852 |
| 16. | THOMAS HERMAN | Andrews & Thornton | 3:25-cv-10659 |
| 17. | ANGELA BROWNING | Andrews & Thornton | 3:25-cv-10358 |
| 18. | MATILDE LORA | Andrews & Thornton | 3:25-cv-10701 |
| 19. | TRACIE DEBOER | Andrews & Thornton | 3:25-cv-09913 |
| 20. | JOANNE SPEARS | Andrews & Thornton | 3:25-cv-10147 |
| 21. | BRENDA MALINA | Andrews & Thornton | 3:25-cv-10725 |
| 22. | KELLY CIFONE | Andrews & Thornton | 3:25-cv-10404 |
| 23. | SUSAN DIANE SEARCY | Andrews & Thornton | 3:25-cv-10425 |
| 24. | CYNTHIA RECASNER | Ashcraft & Gerel LLP | 3:23-cv-18187 |
| 25. | ANNA JOHNSTON | Ashcraft & Gerel LLP | 3:23-cv-18820 |
| 26. | ANNIS COOK | BA Bentley Law | 3:23-cv-03342 |
| 27. | PATRICIA KUHN | Barrett Law Group, P. A. | 3:16-cv-07312 |
| 28. | DOLORES GOULD | Barrett Law Group, P. A. | 3:16-cv-06567 |
| 29. | DORTHY HARBIN | Barrett Law Group, P. A. | 3:17-cv-8382 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 30. | CLARA WILLIAMS | Barrett Law Group, P. A. | 3:17-cv-07056 |
| 31. | THERESA HAYDEN | Barrett Law Group, P. A. | 3:17-cv-07000 |
| 32. | PATRICIA ZIRPOLO | Beasley Allen | 3:19-cv-01454 |
| 33. | Castel Grossett | Beasley Allen | 3:17-cv-13008 |
| 34. | Cynthia Scruggs | Beasley Allen | 3:20-cv-13319 |
| 35. | Elizabeth Fritz | Beasley Allen | 3:17-cv-09819 |
| 36. | Maria Ortiz | Beasley Allen | 3:17-cv-10400 |
| 37. | Cheryl Harold-Graham | Beasley Allen | 3:17-cv-08626 |
| 38. | Matilda Lee | Beasley Allen | 3:17-cv-09071 |
| 39. | Shirrina Walker | Beasley Allen | 3:20-cv-11675 |
| 40. | Ida Offutt | Beasley Allen | 3:17-cv-10498 |
| 41. | Tonia Bear | Beasley Allen | 3:17-cv-09507 |
| 42. | Tracy Marrow | Beasley Allen | 3:17-cv-09176 |
| 43. | Kathleen Diaz | Beasley Allen | 3:20-cv-14527 |
| 44. | Beverly Blose | Beasley Allen | 3:18-cv-11245 |
| 45. | Deanna Moore | Beasley Allen | 3:17-cv-09398 |
| 46. | Ellen Frost | Beasley Allen | 3:17-cv-10878 |
| 47. | Veronica Everett | Beasley Allen | 3:18-cv-09622 |
| 48. | Martha Washington | Beasley Allen | 3:19-cv-20342 |
| 49. | Mary Wilson | Beasley Allen | 3:17-cv-09221 |
| 50. | Olivia McLeod | Beasley Allen | 3:19-cv-07791 |
| 51. | Diane McWillie | Beasley Allen | 3:19-cv-07787 |
| 52. | Sylvia Feidler | Beasley Allen | 3:20-cv-20074 |
| 53. | Tammy Parker | Beasley Allen | 3:19-cv-20351 |
| 54. | Renee Anderson | Beasley Allen | 3:17-cv-08832 |
| 55. | Rita Oglesby | Beasley Allen | 3:20-cv-11670 |
| 56. | Julie Angell | Beasley Allen | 3:21-cv-00417 |
| 57. | Karen Sanchez | Beasley Allen | 3:19-cv-12336 |
| 58. | Berta Rey-Molina | Beasley Allen | 3:17-cv-09334 |
| 59. | Shirley Arteaga | Beasley Allen | 3:17-cv-08839 |
| 60. | Shirley Love | Beasley Allen | 3:17-cv-09117 |
| 61. | Misty Brinlee | Beasley Allen | 3:17-cv-10238 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 62. | Ruby Mason | Beasley Allen | 3:17-cv-10579 |
| 63. | Deborah Smith | Beasley Allen | 3:18-cv-00027 |
| 64. | Shalah Mattia | Beasley Allen | 3:18-cv-05534 |
| 65. | Mary Williamson | Beasley Allen | 3:19-cv-16931 |
| 66. | CHARLENE POOLE | Beasley Allen | 3:25-cv-02704 |
| 67. | ROSEMARIE MILLS | Belluck & Fox | 3:20-cv-00016 |
| 68. | DEBORAH SMITH | Ben Martin Law Group | 3:23-cv-19678 |
| 69. | PEARL KITCHEN | Ben Martin Law Group | 3:23-cv-19759 |
| 70. | BONNIE HUDSON | Ben Martin Law Group | 3:23-cv-19801 |
| 71. | BABY MIRANDA | Ben Martin Law Group | 3:23-cv-19733 |
| 72. | JUDY JORDAN | Ben Martin Law Group | 3:23-cv-19687 |
| 73. | JUDY LOUDIN | Ben Martin Law Group | 3:24-cv-04189 |
| 74. | MARILYN SAVAGAE | Berke Law Firm, P.A. | 3:17-cv-00395 |
| 75. | JERRY UMFLEET | Bisnar\|Chase | 3:17-cv-12748 |
| 76. | SHAMEKA MOORE | Bisnar\|Chase | 3:21-cv-19620 |
| 77. | JUAN PANDO | Bisnar\|Chase | 3:23-cv-12758 |
| 78. | MARTHA CALVO | Bisnar\|Chase | 3:23-cv-12539 |
| 79. | CYNTHIA ROMINE | Bisnar\|Chase | 3:21-cv-19718 |
| 80. | CYNTHIA BARRY | Blizzard Greenberg, PLLC | 3:23-cv-08423 |
| 81. | MONICA SEVERINO | Blizzard Greenberg, PLLC | 3:17-cv-03765 |
| 82. | JUANITA OLIVER | Blizzard Greenberg, PLLC | 3:23-cv-18587 |
| 83. | ELIZABETH DIPPOLD | Brown Chiari LLP | 3:17-cv-12824 |
| 84. | KAY WATERHOUSE | Burns Charest LLP | 3:16-cv-07336 |
| 85. | AISHA ABDULRAHIM | Burns Charest LLP | 3:24-cv-00412 |
| 86. | KENNETH COFFEE | Burns Charest LLP | 3:23-cv-18627 |
| 87. | JUDY FOWLER | Burns Charest LLP | 3:24-cv-00455 |
| 88. | DOUGLAS CRUMPLER | Childers, Schlueter & Smith LLC | 3:25-cv-04045 |
| 89. | NOREEN WOOD | Childers, Schlueter & Smith LLC | 3:25-cv-04899 |
| 90. | DARLENE HARTGERINK | Childers, Schlueter & Smith LLC | 3:25-cv-04223 |
| 91. | PRISCILLA THOMPSON | Childers, Schlueter & Smith LLC | 3:25-cv-04863 |
| 92. | LINDA RICHARD | Cohen & Malad, LLP | 3:17-cv-00874 |
| 93. | JANICE ROBERTSON | Cohen & Malad, LLP | 3:18-cv-00795 |
| 94. | DIANNE KEENAN | De La Rosa Law | 3:23-cv-21646 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 95. | IRMA BRANNEN | De La Rosa Law | 3:23-cv-22147 |
| 96. | SANDRA WOODEN | De La Rosa Law | 3:23-cv-21977 |
| 97. | KATHLEEN MINOR-ROWAN | De La Rosa Law | 3:23-cv-21902 |
| 98. | BENAIAH WILLIAMS (CATHERINE LUC) | Diaz Law Firm, PLLC | 3:19-cv-00415 |
| 99. | CARMEN WASHINGTON | Dietrich Law Firm | 3:20-cv-03151 |
| 100. | ZONIA NUNLEY-CALLENDER | Frazer PLC | 3:21-cv-01088 |
| 101. | MYRON WALKER | Frazer PLC | 3:21-cv-14358 |
| 102. | TRAMAINE EASTER | Frazer PLC | 3:20-cv-15224 |
| 103. | DOROTHY SHAW | Frazer PLC | 3:20-cv-18302 |
| 104. | PEGGY TABOR | Frazer PLC | 3:20-cv-15227 |
| 105. | BERTHA CACCIA | Frazer PLC | 3:21-cv-14373 |
| 106. | MILDRED BROWER-COCKRELL | Frazer PLC | 3:23-cv-19937 |
| 107. | CRYSTAL LANE | Frazer PLC | 3:20-cv-14854 |
| 108. | JO ANN ARMSTRONG | Frazer PLC | 3:23-cv-19944 |
| 109. | ANGELA SMITH | Frazer PLC | 3:23-cv-19882 |
| 110. | GRACE PARKER | Frazer PLC | 3:23-cv-19906 |
| 111. | ILENE CARR | Frazer PLC | 3:20-cv-15498 |
| 112. | DEBRA UTLEY | Frazer PLC | 3:21-cv-18975 |
| 113. | FORREST SANDY | Grant & Eisenhofer | 3:20-cv-04967 |
| 114. | LINDA WALKER | Grant & Eisenhofer | 3:23-cv-19269 |
| 115. | CHARLOTTE COATS | Grant & Eisenhofer | 3:23-cv-18217 |
| 116. | RIVERA JASMINE | Hach Rose Schirrpa & Cheverie LLP | 3:19-cv-16317 |
| 117. | YOLUNDA UTLEY | Hilliard Law | 3:18-cv-14046 |
| 118. | TERRI JONES | Hilliard Law | 3:19-cv-13518 |
| 119. | PEARLEAN TURNER | Hilliard Law | 3:19-cv-01118 |
| 120. | DORSHELL CLARK | Hilliard Law | 3:20-cv-12990 |
| 121. | STEPHANIE BERKEY | Hilliard Law | 3:20-cv-13296 |
| 122. | CORLASS BLACKMOND | Hilliard Law | 3:20-cv-14473 |
| 123. | MIGDALIA ACOSTA | Hilliard Law | 3:20-cv-14521 |
| 124. | FAYETTA ACOSTA | Hilliard Law | 3:20-cv-14539 |
| 125. | HEATHER CHROSTOWSKI | Hilliard Law | 3:20-cv-14969 |
| 126. | SHELLY BAKER LADD | Hilliard Law | 3:20-cv-15256 |

Page 4 of 23

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 127. | CHERI CAMPBELL | Hilliard Law | 3:20-cv-15408 |
| 128. | BETTY CARBO | John M. Robin APLC | 3:24-cv-00295 |
| 129. | SHERYL GASKIN | Johnson Becker | 3:19-cv-16072 |
| 130. | DORIS GUADALUPE-HERNANDEZ | Jorge Carazo | 3:20-cv-20379 |
| 131. | CARMEN OQUENDO-RODRIGUEZ | Jorge Carazo | 3:20-cv-20381 |
| 132. | GLORIA CORDERO-MALDONADO | Jorge Carazo | 3:20-cv-20368 |
| 133. | Eula Lafrance | Kiesal Law LLP | 3:19-cv-06853 |
| 134. | Linda Long | Kiesal Law LLP | 3:19-cv-17530 |
| 135. | Virginia McClintock | Kiesal Law LLP | 3:19-cv-15392 |
| 136. | NANCY NELSON | Law Office of Darren Wolf, PC | 3:18-cv-13193 |
| 137. | MABEL HAMANN | Law Offices of Charles H. Johnson, P.A. | 3:21-cv-06706 |
| 138. | MYRA MILLER | Law Offices of Charles H. Johnson, P.A. | 3:21-cv-12738 |
| 139. | THERESA GILBERT | Law Offices of Charles H. Johnson, P.A. | 3:21-cv-13387 |
| 140. | CAROLINE STALLWORTH | Law Offices of Charles H. Johnson, P.A. | 3:21-cv-12324 |
| 141. | TINA MARLOW | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-16957 |
| 142. | LILLIAN RICE | Law Offices of Donald G. Norris, A Law Corporation | 3:23-cv-04671 |
| 143. | MARY BANKS | Lundy LLP | 3:18-cv-02296 |
| 144. | GENEVA GARRISON | Lundy LLP | 3:17-cv-11057 |
| 145. | ROSE GADSON | Lundy LLP | 3:18-cv-02298 |
| 146. | JUDY HINSHAW | Lundy LLP | 3:19-cv-07089 |
| 147. | ANN BONGIORNO | Lundy LLP | 3:19-cv-09876 |
| 148. | SARAH CANADA | Lundy LLP | 3:18-cv-02562 |
| 149. | REBECCA RHODES | Miller DellaFera, PLC | 3:23-cv-16765 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 150. | CHRISTINA O'NEIL | Miller DellaFera, PLC | 3:23-cv-18425 |
| 151. | GWENDOLYN WILSON | Morelli Law Firm, PLLC | 3:23-cv-12412 |
| 152. | CARLA ANDERSON | Morgan & Morgan | 3:23-cv-08389 |
| 153. | JEANNE HARRIS | Morris Bart, LLC | 3:17-cv-01502 |
| 154. | DORTHEY GARNETT | Morris Bart, LLC | 3:17-cv-00419 |
| 155. | ASHLEY DOERER | Morris Bart, LLC | 3:17-cv-03921 |
| 156. | Sarah Wintner | Morris Law Firm | 3:21-cv-02819 |
| 157. | LAURIE JEFFRIES | Nachawati Law Group | 3:20-cv-19360 |
| 158. | DEBORAH SAMUELS BARIL | Nachawati Law Group | 3:20-cv-18827 |
| 159. | RHONDA SCHWARTZ | Nachawati Law Group | 3:20-cv-11412 |
| 160. | RACHEL WILLIAMSON | Nachawati Law Group | 3:20-cv-19692 |
| 161. | ALISHA RAYMOND | Nachawati Law Group | 3:20-cv-16559 |
| 162. | VIRGINIA MARSHALL | Nachawati Law Group | 3:20-cv-19839 |
| 163. | CYNTHIA WALTERS | Nachawati Law Group | 3:21-cv-16777 |
| 164. | MARIA JIMENEZ | Nachawati Law Group | 3:20-cv-17668 |
| 165. | FELICIA FRANKLIN | Nachawati Law Group | 3:20-cv-15756 |
| 166. | MARGARET ARNOLD | Nachawati Law Group | 3:21-cv-16189 |
| 167. | SUE BOOTH | Nachawati Law Group | 3:20-cv-16413 |
| 168. | JOYCE JAZWINSKI | Nachawati Law Group | 3:20-cv-11951 |
| 169. | BARBARA PHILLIPS | Nachawati Law Group | 3:20-cv-16144 |
| 170. | OLIVIA ACOSTA | Nachawati Law Group | 3:20-cv-18897 |
| 171. | BARBARA MCMILLIAN | Nachawati Law Group | 3:20-cv-19943 |
| 172. | MAKEISHA MCMILLAN | Nachawati Law Group | 3:20-cv-17226 |
| 173. | SHERRI FREDERICK | Nachawati Law Group | 3:20-cv-17026 |
| 174. | SILVA CHARLES | Nachawati Law Group | 3:20-cv-16645 |
| 175. | MARIE RAMOS | Nachawati Law Group | 3:20-cv-19328 |
| 176. | KEISHLA FIGUEROA | Nachawati Law Group | 3:20-cv-10891 |
| 177. | CHRISTINE JONES | Nachawati Law Group | 3:19-cv-15818 |
| 178. | NEDRA FLANSBURG | Nachawati Law Group | 3:23-cv-19081 |
| 179. | TRUDY GROVE | Nachawati Law Group | 3:23-cv-19538 |
| 180. | GLORIA SULLIVAN | Nachawati Law Group | 3:23-cv-19728 |
| 181. | MADGE THOMPSON | Nachawati Law Group | 3:20-cv-11936 |
| 182. | SHIRLEY FINLEY | Nachawati Law Group | 3:20-cv-19949 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 183. | CATHERINE PRIEST | Nachawati Law Group | 3:20-cv-17554 |
| 184. | JULIA MORGAN | Nachawati Law Group | 3:20-cv-17724 |
| 185. | ROSALIE FIELDS | Nachawati Law Group | 3:20-cv-16927 |
| 186. | RUTH ELDRIDGE | Nachawati Law Group | 3:20-cv-12035 |
| 187. | BERTHA GARCIA | Nachawati Law Group | 3:20-cv-11799 |
| 188. | CHARLESETTA GARRETT | Nachawati Law Group | 3:20-cv-11503 |
| 189. | ANNIE TAYLOR | Nachawati Law Group | 3:20-cv-11238 |
| 190. | FLORENCE BRINKLEY | Nachawati Law Group | 3:20-cv-18888 |
| 191. | MAUREEN WILSON | Nachawati Law Group | 3:20-cv-19887 |
| 192. | HARRIETT DAVIS | Nachawati Law Group | 3:20-cv-16837 |
| 193. | JESSIE WILLIAMS | Nachawati Law Group | 3:20-cv-18241 |
| 194. | MELANIE HUNT | Nachawati Law Group | 3:20-cv-11310 |
| 195. | EVA SHADE | Nachawati Law Group | 3:20-cv-18012 |
| 196. | ESTER PORTER | Nachawati Law Group | 3:20-cv-19144 |
| 197. | LORI DECOSTA | Nachawati Law Group | 3:20-cv-16745 |
| 198. | BEVERLY HOSKINS | Nachawati Law Group | 3:20-cv-11499 |
| 199. | THELMA GILYARD | Nachawati Law Group | 3:20-cv-19821 |
| 200. | DIANA CUMMINGS | Nachawati Law Group | 3:20-cv-16782 |
| 201. | BRIDGETTE YOUNG | Nachawati Law Group | 3:23-cv-11542 |
| 202. | HILDA STALLARD | Nachawati Law Group | 23-cv-20187 |
| 203. | ERMELA PALACIOS | Nachawati Law Group | 3:20-cv-19237 |
| 204. | FRANCESS INMAN | Nachawati Law Group | 3:23-cv-20075 |
| 205. | DEBRA JONES | Nachawati Law Group | 3:20-cv-18924 |
| 206. | ZGINA ANSALDI | Nachawati Law Group | 3:20-cv-16417 |
| 207. | MATTIE ROSS | Nachawati Law Group | 3:20-cv-19676 |
| 208. | MAMIE EDWARDS | Nachawati Law Group | 3:19-cv-22224 |
| 209. | PREMADEVI DINKAR | Nachawati Law Group | 3:20-cv-16913 |
| 210. | VERONICA TANYER | Nachawati Law Group | 3:20-cv-10237 |
| 211. | JUANA LUNA | Nachawati Law Group | 3:20-cv-11465 |
| 212. | PAMELA LANCIS | Nachawati Law Group | 3:20-cv-17310 |
| 213. | KENITA CHESLEY | Nachawati Law Group | 3:20-cv-16656 |
| 214. | PENNY GELTZ | Nachawati Law Group | 3:20-cv-19189 |
| 215. | SONYA HOLLOWAY | Nachawati Law Group | 3:20-cv-19550 |
| 216. | REGINA JOHN | Nachawati Law Group | 3:20-cv-19436 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 217. | WANDA RAVIN | Nachawati Law Group | 3:20-cv-12057 |
| 218. | DORIS JACKSON | Nachawati Law Group | 3:23-cv-15898 |
| 219. | SHARON SINGLETON | Nachawati Law Group | 3:20-cv-19695 |
| 220. | LULA MILLER | Nachawati Law Group | 3:20-cv-11536 |
| 221. | ANNA DACRUZ | Nachawati Law Group | 3:20-cv-16017 |
| 222. | MARGARET SZYMANSKI | Nachawati Law Group | 3:20-cv-04330 |
| 223. | SONIA NEWKIRK | Nachawati Law Group | 3:20-cv-09722 |
| 224. | GLADYS TANACREDI | Nachawati Law Group | 3:20-cv-11911 |
| 225. | TERRI RICE | Nachawati Law Group | 3:20-cv-10622 |
| 226. | CHERYL DUNCAN | Nachawati Law Group | 3:20-cv-18631 |
| 227. | ANNIE BELL | Nachawati Law Group | 3:20-cv-13144 |
| 228. | CYNTHIA LEWIS | Nachawati Law Group | 3:20-cv-10699 |
| 229. | CAROLYN TRUESDALE | Nachawati Law Group | 3:23-cv-13193 |
| 230. | PATRICIA DAVIS | Nachawati Law Group | 3:20-cv-13424 |
| 231. | JUNE GOLDEN | Nachawati Law Group | 3:20-cv-18919 |
| 232. | BARBARA WALDRON | Nachawati Law Group | 3:23-cv-13167 |
| 233. | COURTNEY CHARELLE | Nachawati Law Group | 3:20-cv-07156 |
| 234. | MARTHA NELSON | Nachawati Law Group | 3:20-cv-17533 |
| 235. | MELISSA ADAME | Nachawati Law Group | 3:20-cv-16306 |
| 236. | SANDRA GRAY | Nachawati Law Group | 3:20-cv-17034 |
| 237. | MARILYN RAMO | Nachawati Law Group | 3:20-cv-11676 |
| 238. | SANDRA HOLLAND | Nachawati Law Group | 3:23-cv-17023 |
| 239. | ENITA CANADY | Nachawati Law Group | 3:20-cv-14010 |
| 240. | LOUISE FORTT | Nachawati Law Group | 3:20-cv-16966 |
| 241. | VICTORIA JAMES | Nachawati Law Group | 3:23-cv-17096 |
| 242. | ANGELA JENKINS | Nachawati Law Group | 3:23-cv-15901 |
| 243. | MARION CLINTON | Nachawati Law Group | 3:23-cv-16664 |
| 244. | CLAUDETTE WRIGHT | Nachawati Law Group | 3:20-cv-10687 |
| 245. | PATRICIA ABEL | Nachawati Law Group | 3:20-cv-10893 |
| 246. | ROSA ALLUMS | Nachawati Law Group | 3:20-cv-11847 |
| 247. | MAUREEN ANDRADE | Nachawati Law Group | 3:20-cv-16392 |
| 248. | STEPHANIE AUSTIN | Nachawati Law Group | 3:20-cv-16410 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 249. | PAMELA CAROTHERS | Nachawati Law Group | 3:20-cv-16544 |
| 250. | BONNIE CARPENTER | Nachawati Law Group | 3:21-cv-19360 |
| 251. | MELISSA CRUZ | Nachawati Law Group | 3:20-cv-16737 |
| 252. | DORCAS CURTHS | Nachawati Law Group | 3:20-cv-11632 |
| 253. | WANDA FRANCIS | Nachawati Law Group | 3:20-cv-17000 |
| 254. | ALICE GULLEY | Nachawati Law Group | 3:20-cv-16470 |
| 255. | BEVERLY HALAGARDA | Nachawati Law Group | 3:20-cv-18482 |
| 256. | EMMA HYDE | Nachawati Law Group | 3:20-cv-17179 |
| 257. | FANNIE JACKSON | Nachawati Law Group | 3:20-cv-19022 |
| 258. | VANESSA KORNEGAY | Nachawati Law Group | 3:20-cv-11032 |
| 259. | NOVLETTE WILLIAMS | Nachawati Law Group | 3:20-cv-06804 |
| 260. | ANGELEAN MCCLUNEY | Nachawati Law Group | 3:20-cv-15711 |
| 261. | CARIN FRISCO | Nachawati Law Group | 3:20-cv-13394 |
| 262. | LORENE FLEMINGS | Nachawati Law Group | 3:20-cv-19562 |
| 263. | DEBORAH FRAZIER | Nachawati Law Group | 3:20-cv-10728 |
| 264. | TINA BOWDRE-NOEL | Nachawati Law Group | 3:20-cv-09719 |
| 265. | DONNA KING | Nachawati Law Group | 3:20-cv-11268 |
| 266. | REGINA BAXTER | Nachawati Law Group | 3:20-cv-19406 |
| 267. | KATHY BARNES | Nachawati Law Group | 3:20-cv-11748 |
| 268. | DEBORAH BOTT | Nachawati Law Group | 3:20-cv-16420 |
| 269. | PEARL BARNETT | Nachawati Law Group | 3:20-cv-11392 |
| 270. | CHRISTINE DUPELL | Nachawati Law Group | 3:20-cv-18862 |
| 271. | BILLIE JO SNYDER | Nachawati Law Group | 3:20-cv-18953 |
| 272. | IBTESAM SAMARA | Nachawati Law Group | 3:20-cv-20161 |
| 273. | LINDA MENDEL | Nachawati Law Group | 3:20-cv-19163 |
| 274. | JEANETTE FIELDINGS | Nachawati Law Group | 3:20-cv-19816 |
| 275. | FLORENCE BARONE | Nachawati Law Group | 3:20-cv-16330 |
| 276. | KATERIA PARKS | Nachawati Law Group | 3:20-cv-18755 |
| 277. | SYLVIA COPELAND | Nachawati Law Group | 3:20-cv-18628 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 278. | MARTHA SALAZAR | Nachawati Law Group | 3:20-cv-18059 |
| 279. | VICTORIA DAVIS | Nachawati Law Group | 3:20-cv-16838 |
| 280. | CASSANDRA WASHINGTON | Nachawati Law Group | 3:20-cv-18219 |
| 281. | DORA CONNER-MCGUIRE | Nachawati Law Group | 3:20-cv-16845 |
| 282. | JOYCE GILLESPIE | Nachawati Law Group | 3:20-cv-16910 |
| 283. | HATTIE NEWSOM | Nachawati Law Group | 3:20-cv-17535 |
| 284. | JOYCE BARRETT | Nachawati Law Group | 3:20-cv-10834 |
| 285. | ERNESTINE CREECH | Nachawati Law Group | 3:20-cv-19763 |
| 286. | JULIA BROWN | Nachawati Law Group | 3:20-cv-10845 |
| 287. | MARRISSIA FORD | Nachawati Law Group | 3:20-cv-16949 |
| 288. | CATHLEEN WHIPPLE | Nachawati Law Group | 3:20-cv-19083 |
| 289. | CHERYL BARNES | Nachawati Law Group | 3:20-cv-19187 |
| 290. | STAR WILLIAMS | Nachawati Law Group | 3:20-cv-18245 |
| 291. | CLAUDIA ZAMORA | Nachawati Law Group | 3:20-cv-18780 |
| 292. | KAREN WILSON | Nachawati Law Group | 3:20-cv-18250 |
| 293. | TRACY DUDA | Nachawati Law Group | 3:20-cv-10963 |
| 294. | TASHONDA EDWARDS | Nachawati Law Group | 3:20-cv-10922 |
| 295. | OZZIE RAYFORD | Nachawati Law Group | 3:20-cv-19275 |
| 296. | LUPE RICKS | Nachawati Law Group | 3:20-cv-20124 |
| 297. | LILLIAN PROCTOR | Nachawati Law Group | 3:20-cv-11694 |
| 298. | ANNA JONES | Nachawati Law Group | 3:20-cv-20253 |
| 299. | LILY VILLANUEVA | Nachawati Law Group | 3:20-cv-18067 |
| 300. | CATESIA DANCY | Nachawati Law Group | 3:20-cv-19073 |
| 301. | LOTTIE TITUS | Nachawati Law Group | 3:20-cv-20206 |
| 302. | DEBORAH MOORE | Nachawati Law Group | 3:20-cv-17786 |
| 303. | REYNA ROBINSON | Nachawati Law Group | 3:20-cv-17819 |
| 304. | MARY PUGLIESE | Nachawati Law Group | 3:20-cv-13357 |
| 305. | LUANN SYSOUVANH | Nachawati Law Group | 3:20-cv-17827 |
| 306. | TILISA ALEXANDER | Nachawati Law Group | 3:20-cv-16331 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 307. | ADRIENNE SMITH | Nachawati Law Group | 3:20-cv-13107 |
| 308. | LENNIE JOHNSON | Nachawati Law Group | 3:20-cv-17557 |
| 309. | NICHOLE COLBURN | Nachawati Law Group | 3:20-cv-09674 |
| 310. | JACQUELINE HARRIS | Nachawati Law Group | 3:20-cv-17401 |
| 311. | DEBRA ASHLEY | Nachawati Law Group | 3:20-cv-16467 |
| 312. | BERNICE JORDAN | Nachawati Law Group | 3:20-cv-19971 |
| 313. | LOLA BRADLEY | Nachawati Law Group | 3:20-cv-10632 |
| 314. | ROSALYN FLOYD-TOBLER | Nachawati Law Group | 3:20-cv-10595 |
| 315. | ANNETTE GOODFACE | Nachawati Law Group | 3:20-cv-10696 |
| 316. | KARIN MARSH-ARAGON | Nachawati Law Group | 3:20-cv-16427 |
| 317. | WANDA BETTS | Nachawati Law Group | 3:20-cv-18376 |
| 318. | TISHA MITCHELL | Nachawati Law Group | 3:20-cv-17356 |
| 319. | ANTONIA FRANCO | Nachawati Law Group | 3:20-cv-16318 |
| 320. | ORA CUPIL | Nachawati Law Group | 3:20-cv-18982 |
| 321. | TERRINA STRONG | Nachawati Law Group | 3:20-cv-17899 |
| 322. | CLARA SHUKRI | Nachawati Law Group | 3:20-cv-10681 |
| 323. | JACQUELINE WILLIAMSON | Nachawati Law Group | 3:20-cv-11795 |
| 324. | HEIDI TYLER | Nachawati Law Group | 3:20-cv-09412 |
| 325. | ALICE GRAF | Nachawati Law Group | 3:20-cv-16462 |
| 326. | ANA REESE | Nachawati Law Group | 3:20-cv-11229 |
| 327. | CARLENE JOHNSON | Nachawati Law Group | 3:20-cv-09596 |
| 328. | PAMELA CARVER | Nachawati Law Group | 3:20-cv-18955 |
| 329. | CASSANDRA KARSIKAS | Nachawati Law Group | 3:20-cv-10678 |
| 330. | BARBARA LUE | Nachawati Law Group | 3:20-cv-19936 |
| 331. | DONNA SHADE | Nachawati Law Group | 3:20-cv-18003 |
| 332. | CASSANDRA JOHNSEY | Nachawati Law Group | 3:20-cv-17638 |
| 333. | BARBARA POSANTE | Nachawati Law Group | 3:20-cv-11764 |
| 334. | JUDITH RAYMOND | Nachawati Law Group | 3:20-cv-11644 |
| 335. | DOREEN TRAXLER | Nachawati Law Group | 3:20-cv-11270 |
| 336. | CAROL HARDY | Nachawati Law Group | 3:20-cv-11832 |
| 337. | ORA BOGAN | Nachawati Law Group | 3:20-cv-11810 |
| 338. | DORIS DEVINE | Nachawati Law Group | 3:20-cv-16868 |
| 339. | LOIS GREENHALGH | Nachawati Law Group | 3:20-cv-10959 |
| 340. | BARBARA BECTON | Nachawati Law Group | 3:20-cv-16046 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 341. | VICTORIA HAM | Nachawati Law Group | 3:20-cv-12006 |
| 342. | SUSAN BARTON | Nachawati Law Group | 3:20-cv-16409 |
| 343. | MINNIE AUSTIN | Nachawati Law Group | 3:20-cv-16437 |
| 344. | NELLIE ALLWOOD | Nachawati Law Group | 3:20-cv-11067 |
| 345. | MARGARET BARBER | Nachawati Law Group | 3:20-cv-11962 |
| 346. | BARBARA WILLIAMS | Nachawati Law Group | 3:20-cv-16280 |
| 347. | NINA ROBBINS | Nachawati Law Group | 3:20-cv-11828 |
| 348. | BARBARA BONHAM | Nachawati Law Group | 3:20-cv-16073 |
| 349. | JUN CASTILLO | Nachawati Law Group | 3:20-cv-10863 |
| 350. | IDELLA SANTIAGO | Nachawati Law Group | 3:20-cv-11438 |
| 351. | ELIZABETH OLIVER | Nachawati Law Group | 3:20-cv-19589 |
| 352. | LESLEY MILLER | Nachawati Law Group | 3:20-cv-10612 |
| 353. | VALARIE SHORTER | Nachawati Law Group | 3:20-cv-11018 |
| 354. | SHACOYA KEY | Nachawati Law Group | 3:20-cv-11958 |
| 355. | ELEANOR SHELBY | Nachawati Law Group | 3:20-cv-19671 |
| 356. | MARIAN JONES | Nachawati Law Group | 3:20-cv-11190 |
| 357. | JUANITA SCHULTZ | Nachawati Law Group | 3:20-cv-11634 |
| 358. | MAYRA FARRES | Nachawati Law Group | 3:20-cv-19884 |
| 359. | MARGHANNA MCCLURE | Nachawati Law Group | 3:20-cv-11312 |
| 360. | PATRICIA MCBRIDE | Nachawati Law Group | 3:20-cv-10895 |
| 361. | JEAN GROSS | Nachawati Law Group | 3:20-cv-10788 |
| 362. | TAMARA JOHNSON | Nachawati Law Group | 3:20-cv-11103 |
| 363. | MARCELLA MATHIS | Nachawati Law Group | 3:20-cv-10992 |
| 364. | CINDY SIEG | Nachawati Law Group | 3:20-cv-11005 |
| 365. | ROBERTA HUMBLE | Nachawati Law Group | 3:20-cv-19393 |
| 366. | NANNELL LEWIS-GOMEZ | Nachawati Law Group | 3:20-cv-18365 |
| 367. | ELAINE BREWER | Nachawati Law Group | 3:20-cv-16596 |
| 368. | MILDRED SANDOVAL | Nachawati Law Group | 3:20-cv-20063 |
| 369. | JACKELINE MORALES | Nachawati Law Group | 3:20-cv-19592 |
| 370. | CHRISTINA PARKER | Nachawati Law Group | 3:20-cv-19244 |
| 371. | HELEN COOPER | Nachawati Law Group | 3:20-cv-19514 |
| 372. | DANA PETTUS | Nachawati Law Group | 3:20-cv-17570 |
| 373. | SELESTER MORRIS | Nachawati Law Group | 3:20-cv-17528 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 374. | VERNETTA SULE | Nachawati Law Group | 3:20-cv-17940 |
| 375. | ANA MUNDO | Nachawati Law Group | 3:20-cv-16711 |
| 376. | EUNITA HOLTON | Nachawati Law Group | 3:20-cv-17021 |
| 377. | SHIRLEY ZIMMERMAN | Nachawati Law Group | 3:20-cv-18273 |
| 378. | JUANITA THOMAS | Nachawati Law Group | 3:20-cv-17918 |
| 379. | CANDIUS TRIPLETT | Nachawati Law Group | 3:20-cv-17955 |
| 380. | ADILENE MATIAS | Nachawati Law Group | 3:20-cv-16000 |
| 381. | MILENA FLETCHER | Nachawati Law Group | 3:20-cv-16897 |
| 382. | BELINDA WIGGINS | Nachawati Law Group | 3:20-cv-19670 |
| 383. | CORINE ROBINSON | Nachawati Law Group | 3:20-cv-19560 |
| 384. | BEULAH BURGESS | Nachawati Law Group | 3:20-cv-16176 |
| 385. | TINA MARBLE | Nachawati Law Group | 3:20-cv-19813 |
| 386. | SHARON EASTMAN | Nachawati Law Group | 3:20-cv-20022 |
| 387. | LINDA FORD | Nachawati Law Group | 3:20-cv-19113 |
| 388. | BELINDA HARPER | Nachawati Law Group | 3:20-cv-10675 |
| 389. | BEVERLY NAILING | Nachawati Law Group | 3:20-cv-15929 |
| 390. | CHARLINE HIGGINS-MULDER | Nachawati Law Group | 3:20-cv-12015 |
| 391. | CYNDI MAURONI | Nachawati Law Group | 3:20-cv-10690 |
| 392. | ISABELLE HEALD | Nachawati Law Group | 3:20-cv-19369 |
| 393. | RAMONA LAVANDERA | Nachawati Law Group | 3:20-cv-19547 |
| 394. | LORRANIA BYRD | Nachawati Law Group | 3:20-cv-16553 |
| 395. | SHERRY SPENCER | Nachawati Law Group | 3:20-cv-20140 |
| 396. | GWYNDLE SHUMATE | Nachawati Law Group | 3:20-cv-19276 |
| 397. | CARMEN VEGA | Nachawati Law Group | 3:20-cv-17963 |
| 398. | DELORIES MCALISTER | Nachawati Law Group | 3:20-cv-17591 |
| 399. | ETHELYN BRISCOE | Nachawati Law Group | 3:20-cv-16683 |
| 400. | MICHELLE TRASKELL | Nachawati Law Group | 3:20-cv-18117 |
| 401. | ROCHELLE MONTGOMERY | Nachawati Law Group | 3:20-cv-17738 |
| 402. | JAMESETTA PERKINS | Nachawati Law Group | 3:20-cv-19601 |
| 403. | MARY SMITH | Nachawati Law Group | 3:20-cv-18546 |
| 404. | ROSIE JOHNSON | Nachawati Law Group | 3:20-cv-18600 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 405. | TORESA RIGGS | Nachawati Law Group | 3:20-cv-17715 |
| 406. | TAMMY COLEY | Nachawati Law Group | 3:20-cv-16729 |
| 407. | BARBARA RIEGER | Nachawati Law Group | 3:20-cv-16186 |
| 408. | BELKIS SUAREZ | Nachawati Law Group | 3:20-cv-18467 |
| 409. | CONNIE BRUCH | Nachawati Law Group | 3:20-cv-16887 |
| 410. | MARSHA DOWNS | Nachawati Law Group | 3:20-cv-16968 |
| 411. | ETHIA HEARVEY | Nachawati Law Group | 3:20-cv-20165 |
| 412. | MARILU MILLER | Nachawati Law Group | 3:20-cv-17224 |
| 413. | KATHLEEN WENSKOVITCH | Nachawati Law Group | 3:20-cv-18974 |
| 414. | MARCY RUSOFF | Nachawati Law Group | 3:23-cv-23276 |
| 415. | SYLVIA MAESTAS | Nachawati Law Group | 3:23-cv-22670 |
| 416. | MATTIE COOPER | Nachawati Law Group | 3:20-cv-19519 |
| 417. | LISA BARLOW | Nachawati Law Group | 3:23-cv-20066 |
| 418. | KAREN MCHUGH | Nachawati Law Group | 3:23-cv-20108 |
| 419. | SABRINA ROWLAND | Nachawati Law Group | 3:23-cv-20048 |
| 420. | LORETTA METCALF | Nachawati Law Group | 3:20-cv-12745 |
| 421. | WANDA RIVERA | Nachawati Law Group | 3:20-cv-10976 |
| 422. | GLORIA MELTON | Nachawati Law Group | 3:20-cv-11423 |
| 423. | NANCY OLBRYS | Nachawati Law Group | 3:20-cv-17521 |
| 424. | LESLIE LAM | Nachawati Law Group | 3:20-cv-17304 |
| 425. | RENEE STONITSCH | Nachawati Law Group | 3:20-cv-17865 |
| 426. | PAMELA ZIMMER | Nachawati Law Group | 3:20-cv-11302 |
| 427. | FRANCES VAN KEUREN | Nachawati Law Group | 3:20-cv-18902 |
| 428. | KATHERINE KENNISON | Nachawati Law Group | 3:20-cv-17414 |
| 429. | BERTHA SAYLES | Nachawati Law Group | 3:20-cv-11346 |
| 430. | BETTY SIDES | Nachawati Law Group | 3:20-cv-18483 |
| 431. | DAWN POWELL | Nachawati Law Group | 3:20-cv-17576 |
| 432. | JENIFER ALISON | Nachawati Law Group | 3:20-cv-16338 |
| 433. | LINDA TOMS | Nachawati Law Group | 3:20-cv-18090 |
| 434. | MARIAN ROSENCRANCE | Nachawati Law Group | 3:20-cv-17911 |
| 435. | ZABRINA CHISM | Nachawati Law Group | 3:20-cv-16673 |
| 436. | KIM REPOLA | Nachawati Law Group | 3:23-cv-17919 |
| 437. | LORA NEEMANN | Nachawati Law Group | 3:24-cv-07558 |
| 438. | VAJIRA HILLARD | Nachawati Law Group | 3:25-cv-03678 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 439. | DARLA CAMPBELL | Nachawati Law Group | 3:25-cv-03559 |
| 440. | RITA MURRAY CHANDLER | Nachawati Law Group | 3:25-cv-03610 |
| 441. | MARLENE MONTIHO | Nix Patterson, LLP | 3:17-cv-11770 |
| 442. | Michelle Dunlevy (obo KAREN RICHARDSON) | Paul LLP | 3:17-cv-12928 |
| 443. | DALIA VAZQUEZ | Reich and Binstock, LLP | 3:19-cv-13230 |
| 444. | ESTHER RUSSO | Rheingold Giuffra Ruffo Plotkin LLP | 3:17-cv-05797 |
| 445. | JULIET MILLS | Robinson Calcagnie, Inc. | 3:21-cv-14426 |
| 446. | CHRISTINE PETERSON | Robinson Calcagnie, Inc. | 3:21-cv-14778 |
| 447. | MARTHA VILLAGOMEZ | Robinson Calcagnie, Inc. | 3:20-cv-09641 |
| 448. | DIONICIA ROGER | Robinson Calcagnie, Inc. | 3:21-cv-14840 |
| 449. | ALMA BABERS | Robinson Calcagnie, Inc. | 3:18-cv-16520 |
| 450. | ELLEN NEELD | Robinson Calcagnie, Inc. | 3:21-cv-14862 |
| 451. | LORETTA SANDUSKY | Robinson Calcagnie, Inc. | 3:21-cv-15739 |
| 452. | STELLA WARFORD | Robinson Calcagnie, Inc. | 3:21-cv-16149 |
| 453. | LINDA CRAWHORN | Robinson Calcagnie, Inc. | 3:21-cv-15154 |
| 454. | DARLENE EDWARDS | Ross Feller Casey, LLP | 3:17-cv-07048 |
| 455. | BETTY LASSETER | Ross Feller Casey, LLP | 3:18-cv-08007 |
| 456. | SHEILA LUBOFF | Ross Feller Casey, LLP | 3:18-cv-00135 |
| 457. | BONNIE SOUTHCOTT | Ross Feller Casey, LLP | 3:19-cv-06792 |
| 458. | YVETTE FOX | Ross Feller Casey, LLP | 3:19-cv-00918 |
| 459. | KATHY GRALEY | Ross Feller Casey, LLP | 3:18-cv-11492 |
| 460. | SANDRA FRAZIER | Saltz Mongeluzzi & Bendesky | 3:21-cv-01448 |
| 461. | ELAINA GASERY | Saltz Mongeluzzi & Bendesky | 3:23-cv-14828 |
| 462. | GAYNELLE DAVIS | Saltz Mongeluzzi & Bendesky | 3:23-cv-15039 |
| 463. | EFFIE MINOR | Saltz Mongeluzzi & Bendesky | 3:23-cv-14098 |
| 464. | CLARA MURPHY | Saltz Mongeluzzi & Bendesky | 3:23-cv-12518 |
| 465. | LAKESHA COOPER | Saltz Mongeluzzi & Bendesky | 3:23-cv-12552 |
| 466. | SUSAN STARRETT | Saltz Mongeluzzi & Bendesky | 3:23-cv-13603 |
| 467. | ASUNCION BETANCOURT | Saltz Mongeluzzi & Bendesky | 3:23-cv-12492 |
| 468. | GERALDINE BLACK | Saltz Mongeluzzi & Bendesky | 3:23-cv-13716 |
| 469. | DENISE DURAN | Saunders & Walker, P.A. | 3:21-cv-00093 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 470. | JEANETTE AGUILAR | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-4490 |
| 471. | LESLIE AVERY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18254 |
| 472. | BRENDA BLAND | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-14458 |
| 473. | TREMAYNE BROWN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-4564 |
| 474. | CHRISTI COLE | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-4999 |
| 475. | SANDRA CULVERHOUSE | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-5266 |
| 476. | JERI DANIELS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-6518 |
| 477. | SARAH DAVID | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18324 |
| 478. | JESSICA DESHAE SIMPSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18664 |
| 479. | WYONA DIXON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-4795 |
| 480. | STANISLAWA ARCIUCH | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-5436 |
| 481. | VELMA BOUDREAUX | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13313 |
| 482. | JUDI BALLINGER | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-12414 |
| 483. | STEPHANIE HAMILTON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-5161 |
| 484. | BETTY HAMMOCK | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-19503 |
| 485. | SHERRY HEYWARD | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18277 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 486. | PENELOPE JACKSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18333 |
| 487. | VERNICE JACKSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-14456 |
| 488. | SHIRITA JACQUO | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-5270 |
| 489. | ANNE PAULINE JONES | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11372 |
| 490. | PAULETTE JONES | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18202 |
| 491. | BEVERLY FORYS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-14691 |
| 492. | SANDRA JENKINS-GRACE | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18680 |
| 493. | LINDA JOHN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-5273 |
| 494. | WANDA JOHNSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-07011 |
| 495. | DIANA GARRISON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-12998 |
| 496. | DENA GASKIN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-9915 |
| 497. | BOBBIE GRAY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11905 |
| 498. | SHARON HAYDEN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-10108 |
| 499. | TAWANDA BARNETT | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-04670 |
| 500. | SHARON GLAZIER | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11178 |
| 501. | GENOVEVA GONZALES | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-16232 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 502. | PETRA GONZALEZ | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-12410 |
| 503. | MARY GOODMAN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13591 |
| 504. | LISA KECK | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-07044 |
| 505. | DARLENE KELLY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-16889 |
| 506. | JOYCE KENNIE | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-16816 |
| 507. | ANNETTE LOPEZ | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11747 |
| 508. | TINA MASCARI | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-17181 |
| 509. | FAYE MCCALL | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13538 |
| 510. | PATRICIA NABINGER | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-06332 |
| 511. | KATIE NAVARRO | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-16506 |
| 512. | KIMBERLY NELSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-19575 |
| 513. | AILLIENE PHILLIPS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-08235 |
| 514. | LILLIAN REDD | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11056 |
| 515. | ANGELA RUGOTSKA | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-16414 |
| 516. | LUEBIRDIE LAKEY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11379 |
| 517. | JEANNETTE OUELLETTE | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18064 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 518. | SUSAN OUSELY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-14337 |
| 519. | DAPHNE PARRIS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13294 |
| 520. | CYNTHIA PARSONS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-16563 |
| 521. | LINDA MARSHALL | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-14597 |
| 522. | SHERRY MCGILVERY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-16247 |
| 523. | JULIETA MCLEAN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13704 |
| 524. | PERLINA MORALES | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-05459 |
| 525. | DENISE MORGAN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18581 |
| 526. | ANGELA MUNOZ | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13770 |
| 527. | JOYCE ROBINSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11274 |
| 528. | KATHY ODOM | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-17933 |
| 529. | TRUDY SLOAN | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11275 |
| 530. | HILDA SMITH | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11903 |
| 531. | SHEELA SMITH | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-19780 |
| 532. | ELISA TORRES | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-9485 |
| 533. | AMY WATSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11351 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 534. | KAREN WEEKS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11354 |
| 535. | MARRILYN WEIGER | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13878 |
| 536. | MIRINDA WOODY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13189 |
| 537. | LORETTA SCOTT | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-17003 |
| 538. | DEBORAH SHORTY | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-18306 |
| 539. | DIANA SOLIS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11278 |
| 540. | CHERYL STEVENSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-07536 |
| 541. | DEBORAH THOMPSON | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-19526 |
| 542. | MARILYN WILLHOIT | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-13974 |
| 543. | JUDY WILLIAMS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-11390 |
| 544. | ROULINA WILLIAMS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-06404 |
| 545. | KYMBERLEE WILLIS | Schneider Wallace Cottrell Konecky LLP | 3:23-cv-12337 |
| 546. | TRACY LITTLEJOHN | Seeger Weiss LLP | 3:21-cv-19409 |
| 547. | OCIEOLA ASHFORD | Segal & Amos, PLLC | 3:21-cv-00971 |
| 548. | PATRICIA BAUGHARD | Segal & Amos, PLLC | 3:21-cv-00877 |
| 549. | KIMBERLY BLEDSOE | Segal & Amos, PLLC | 3:21-cv-02737 |
| 550. | ANGELA BRACKIN | Segal & Amos, PLLC | 3:21-cv-03885 |
| 551. | MARY BRYAN | Segal & Amos, PLLC | 3:21-cv-00998 |
| 552. | RITA CORDOVA | Segal & Amos, PLLC | 3:21-cv-02742 |
| 553. | WAVERLYNN FRANKLIN | Segal & Amos, PLLC | 3:21-cv-00519 |
| 554. | SUSAN JACKSON | Segal & Amos, PLLC | 3:21-cv-02452 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 555. | BEVERLY LENTZ | Segal & Amos, PLLC | 3:21-cv-00027 |
| 556. | AMELIA NELSON | Segal & Amos, PLLC | 3:21-cv-00476 |
| 557. | PAMELA O'DELL | Segal & Amos, PLLC | 3:21-cv-02459 |
| 558. | SHIRLEY RICHARDSON | Segal & Amos, PLLC | 3:21-cv-02560 |
| 559. | OIREAL WAGONER | Segal & Amos, PLLC | 3:21-cv-00635 |
| 560. | DELPHIA WATKINS-MCKNIGHT | Segal & Amos, PLLC | 3:21-cv-00471 |
| 561. | DARLENE WRIGHT | Segal & Amos, PLLC | 3:21-cv-02588 |
| 562. | WILMA FOMBY | Segal & Amos, PLLC | 3:21-cv-03686 |
| 563. | KAROLINA CLAY | Segal & Amos, PLLC | 3:21-cv-03971 |
| 564. | PRISCILLA GUSTA | Segal & Amos, PLLC | 3:20-cv-14305 |
| 565. | MADELINE BECTON | Segal & Amos, PLLC | 3:20-cv-16862 |
| 566. | SUZANNE MOSER | Segal & Amos, PLLC | 3:20-cv-14030 |
| 567. | MARY HOGAN | Segal & Amos, PLLC | 3:20-cv-18564 |
| 568. | RUBY JACKSON | Segal & Amos, PLLC | 3:20-cv-18691 |
| 569. | MARJORIE PEOPLES | Segal & Amos, PLLC | 3:21-cv-13227 |
| 570. | SUSIE MILLER | Segal & Amos, PLLC | 3:21-cv-13351 |
| 571. | KATHY ANDERSON | Segal & Amos, PLLC | 3:20-cv-14297 |
| 572. | ARNELLA PHILLIPS | Segal & Amos, PLLC | 3:20-cv-14360 |
| 573. | ANNIE SALDANA | Segal & Amos, PLLC | 3:20-cv-18609 |
| 574. | SANDRA WOODS | Segal & Amos, PLLC | 3:20-cv-16882 |
| 575. | TEMETRUS SANDERS | Segal & Amos, PLLC | 3:20-cv-15860 |
| 576. | RACHAEL DANIEL | Segal & Amos, PLLC | 3:21-cv-00642 |
| 577. | MARTHA TRAPAGA | Segal & Amos, PLLC | 3:20-cv-13159 |
| 578. | BERTHA FRAZIER | Segal & Amos, PLLC | 3:20-cv-18826 |
| 579. | LINDA HARVEY-STEVENS | Segal & Amos, PLLC | 3:20-cv-14698 |
| 580. | KAY JONES | Segal & Amos, PLLC | 3:20-cv-15421 |
| 581. | KATHRYN LANTZ | Segal & Amos, PLLC | 3:20-cv-18634 |
| 582. | VIRGINIA MAPP | Segal & Amos, PLLC | 3:20-cv-20224 |
| 583. | ELEANOR YANNO | Segal & Amos, PLLC | 3:20-cv-09745 |
| 584. | ALBERTINA HILL | Segal & Amos, PLLC | 3:23-cv-13645 |
| 585. | CHRISTINE THOMPSON | Segal & Amos, PLLC | 3:23-cv-14238 |
| 586. | MYRA EISDORFER | Segal & Amos, PLLC | 3:23-cv-16499 |
| 587. | LARAY SCOTT | Segal & Amos, PLLC | 3:23-cv-16620 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 588. | GLENDA CARTRETTE | Segal & Amos, PLLC | 3:23-cv-18011 |
| 589. | ELVIA LONGORIA | Shaw Cowart, LLP | 3:17-cv-13791 |
| 590. | MARY ROBB | Sill Law Group, PLLC | 3:16-cv-06608 |
| 591. | SHEILA HAMILTON | Sill Law Group, PLLC | 3:24-cv-11012 |
| 592. | SARAH PARKER | Smith, Gildea & Schmidt, LLC | 3:19-cv-16376 |
| 593. | REVE WYMES | The DiLorenzo Law Firm, LLC | 3:19-cv-1139 |
| 594. | ROSETTA DOUB | The Driscoll Firm | 3:23-cv-14656 |
| 595. | LISA SARMIENTO | The Driscoll Firm | 3:23-cv-18534 |
| 596. | MONICA CRUZ | The Driscoll Firm | 3:25-cv-03081 |
| 597. | JEANETTE WHITEHEAD | The Driscoll Firm | 3:25-cv-03183 |
| 598. | RITA WORKMAN | The Kuykendall Group LLC | 3:23-cv-18526 |
| 599. | CHRISTINA FAULTERSACK | The Miller Firm LLC | 3:18-cv-01153 |
| 600. | EVELYN HUNT | The Miller Firm LLC | 3:17-cv-11596 |
| 601. | PEGGY PELT | The Miller Firm LLC | 3:17-cv-11887 |
| 602. | ROZENA THOMAS | The Miller Firm LLC | 3:19-cv-01027 |
| 603. | GAIL TYRE | The Miller Firm LLC | 3:17-cv-13030 |
| 604. | LORA HUTCHENS | The Miller Firm LLC | 3:18-cv-02959 |
| 605. | TRACY ARTHUR | The Miller Firm LLC | 3:18-cv-08343 |
| 606. | MARY WITHERSPOON | The Miller Firm LLC | 3:17-cv-11891 |
| 607. | NANCY TROTTIER | The Miller Firm LLC | 3:18-cv-12109 |
| 608. | MARY ANN WERY | The Miller Firm LLC | 3:18-cv-1578 |
| 609. | MELANIE KUTCHBACK | The Miller Firm LLC | 3:20-cv-16274 |
| 610. | DARLENE DAVIS | The Miller Firm LLC | 3:17-cv-12384 |
| 611. | TONDELIA SMITH | The Miller Firm LLC | 3:18-cv-02773 |
| 612. | CHERYL JENKINS | The Miller Firm LLC | 3:18-cv-16898 |
| 613. | NEVA CHRISMAN | The Miller Firm LLC | 3:23-cv-14034 |
| 614. | CONNIE BALLEZ | The Miller Firm LLC | 3:17-cv-10714 |
| 615. | DONNA TINSLEY | The Miller Firm LLC | 3:19-cv-00316 |
| 616. | PATTY WOODS | The Miller Firm LLC | 3:18-cv-08717 |
| 617. | COLLEEN CHRISTIANSEN | The Miller Firm LLC | 3:19-cv-10308 |
| 618. | TRACIE HARRIS | The Miller Firm LLC | 3:19-cv-10317 |
| 619. | ROSE MCKNIGHT | The Miller Firm LLC | 3:19-cv-00317 |

| | Plaintiff Name | Law Firm Name | Case Number (per Plaintiffs via MDL Centrality) |
|---|---|---|---|
| 620. | MARLA GARRIS | The Miller Firm LLC | 3:23-cv-05207 |
| 621. | BARBARA BARGO | The Miller Firm LLC | 3:21-cv-04357 |
| 622. | MARGARITA GONZALEZ | The Miller Firm LLC | 3:23-cv-05263 |
| 623. | JUDITH HOPSON | The Miller Firm LLC | 3:21-cv-12687 |
| 624. | LISA HUNT | The Miller Firm LLC | 3:25-cv-08006 |
| 625. | JOYCE MULLEN | The Miller Firm LLC | 3:25-cv-08646 |
| 626. | ANN MICHALSKI | The Miller Firm LLC | 3:25-cv-10833 |
| 627. | ROBIN KANE | The Ruth Law Team | 3:17-cv-02494 |
| 628. | DEBORAH DAVIS | TorHoerman Law LLC | 3:18-cv-4377 |
| 629. | GWENDOLYN HAMLIN | TorHoerman Law LLC | 3:21-cv-17900 |
| 630. | GRETTA SCOTT | Wagstaff Law Firm | 3:24-cv-3159 |
| 631. | MARY SLACK | Walton Telken, LLC | 3:17-cv-10707 |
| 632. | HATTIE GRAHAM | Waters Kraus | 3:21-cv-16710 |
| 633. | SHARON BURNETT | Waters Kraus | 3:23-cv-16684 |
| 634. | ANGELA FREEMAN | Waters Kraus | 3:23-cv-16249 |
| 635. | DIANA EDSALL | Waters Kraus | 3:23-cv-16763 |
| 636. | ELSA DEJESUS | Waters Kraus | 3:23-cv-16705 |
| 637. | KELLY HERNANDEZ-PEREZ | Waters Kraus | 3:23-cv-16918 |
| 638. | IRENE THIBODEAUX | Waters Kraus | 3:23-cv-16974 |
| 639. | DONNA DOWNES | Waters Kraus | 3:23-cv-16231 |
| 640. | MARIA ARMENTA | Waters Kraus | 3:23-cv-18900 |
| 641. | KATRINA HOARD | Waters Kraus | 3:23-cv-16265 |
| 642. | CATHERINE MALONE | Waters Kraus | 3:23-cv-16954 |
| 643. | LISA RUSHING | Waters Kraus | 3:23-cv-16305 |
| 644. | CYNTHIA SHELTON | Waters Kraus | 3:23-cv-16312 |
| 645. | KIMBERLY RADER | William G. Colvin, PLLC | 3:21-cv-00180 |